112 44853

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>CARLOS ALGREDO VAZQUEZ,<br><br>*Defendant* | ) Case: 1:21-cr-00173<br>) Assigned To : Chief Judge Beryl A. Howell<br>) Assign. Date : 3/2/2021<br>) Description: Indictment (B)<br>) Case Related to 17-cr-185 (BAH) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Carlos Algredo Vazquez                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Manufacture and Distribute Five Hundred Grams or More of Methamphetamine for Importation into the United States, in violation of Title 21 U.S.C.§§ 959(a), 960, and 963.
Count 2: Conspiracy to Distribute a Listed Chemical for Manufacture of a Controlled Substance, in violation of Title 21 U.S.C.§§ 959(b), 960, and 963
Title 18 U.S.C. § 2 (Aiding and Abetting)
Title 21 U.S.C. §§ 853 and 970 (Forfeiture)

Date: 03/02/2021

*Issuing officer's signature*

Digitally signed by G. Michael Harvey
Date: 2021.03.02 16:33:25 -05'00'

City and state:  Washington, D.C.

U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/2/2021 , and the person was arrested on *(date)* 2/27/2025
at *(city and state)*  Washington, DC

Date: 2/28/2025

*Arresting officer's signature*

C Estrada  DUSM
*Printed name and title*