# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS ALGREDO VAZQUEZ<br><br>Defendant. | CRIMINAL NO. 21-CR-173 (BAH) |

## JOINT MOTION TO CONTINUE AND EXCLUDE TIME

The parties respectfully submit this joint motion to reschedule the status hearing in this case from July 11, 2025, to July 25, 2025, and exclude time under Speedy Trial Act from July 11, 2025, to July 25, 2025, pursuant to 18 U.S.C. § 3161(h)(7)(A), because this continuance serves the interests of justice and those interests outweigh the interests of the public and the defendant in a speedy trial by giving the defendant additional time to review discovery and to allow the parties to discuss a resolution short of a trial.

Respectfully Submitted By:

|  |  |
|---|---|
|  | MARLON COBAR, Chief<br>Narcotic and Dangerous Drug Section<br>Criminal Division<br>U. S. Department of Justice |
| /s/ *A. Eduardo Balarezo*<br>A. Eduardo Balarezo<br>Counsel for the Defendant<br>Balarezo Law<br>400 Seventh Street, NW<br>Suite 306<br>Washington, D.C. 20004<br>(202) 639-0999<br>filings@balarezolaw.com | /s/ *Lernik Begian*<br>Lernik Begian<br>Douglas Meisel<br>Gwendolyn Stamper<br>Trial Attorneys<br>Narcotic and Dangerous Drug Section<br>Criminal Division<br>U.S. Department of Justice<br>145 N Street, NE<br>Washington, D.C. 20530<br>(202) 514-0917<br>Lernik.Begian@usdoj.gov |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this 9th day of July 2025.

                                                   /s/ *Lernik Begian*
                                                   Lernik Begian
                                                   Trial Attorney
                                                   Narcotic and Dangerous Drug Section
                                                   Criminal Division
                                                   U.S. Department of Justice