# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 21-CR-173 (BAH)** |
| **v.** | |
| **FRANCISCO PULIDO CORACERO**<br>**also known as "Don Puli," and "Pepino"** | |
| **and** | |
| **CARLOS ALGREDO VAZQUEZ,** | |
| **Defendants.** | |

## NOTICE OF WITHDRAWAL

The United States of America, by and through the Chief of the Narcotic and Dangerous

Drug Section of the Criminal Division, United States Department of Justice, hereby informs the

Clerk of this court and all parties of record that Gwendolyn Stamper, Trial Attorney of the Narcotic

and Dangerous Drug Section, can be terminated as counsel of record for the Government in the

instant matter.

Respectfully Submitted,

MARLON COBAR, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

By:     */s/ Gwendolyn Stamper*
Gwendolyn Stamper, Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
145 N Street, NE
Washington, D.C. 20530
Tel.:   (202) 514-1138
Email: Gwendolyn.Stamper@usdoj.gov

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this 20th day of August 2025.

    */s/ Gwendolyn Stamper*
Gwendolyn Stamper
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

2